**United States District Court for the
Southern District of Florida
Miami Division**

**Case No. 9:22-cv-80860-AHS**

Daniel Lugo,

    Plaintiff,

v.

Ventura Capital One, LLC,

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff Daniel Lugo and Defendant Ventura Capital One, LLC hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the Settlement Agreement is executed, which they reasonably expect to do no later than 20 days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines.

    Respectfully submitted this 7th day of September 2022.

| | |
|---|---|
| /s/ ***Drew M. Levitt*** | /s/ ***Daniel Buigas*** |
| Drew M. Levitt, Esq. | Gustavo J. Lamelas |
| Email: drewmlevitt@gmail.com | Florida Bar No.: 995983 |
| Lee D. Sarkin, Esq. | Daniel Buigas |
| Lsarkin@aol.com | Florida Bar No. 98293 |
| 4700 N.W. Boca Raton Boulevard, Ste. 302 | **Lamelas Law, PA** |
| Boca Raton, Florida 33431 | 2525 Ponce de Leon Blvd., Ste 300 |
| Telephone: (561) 994-6922 | Coral Gables, Florida 33134 |
| **Counsel for Daniel Lugo** | Telephone: (305) 395-4010 |
| | Email: gus@lamelaslaw.com |
| | **Attorney for Ventura Capital One, LLC** |

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing was served by means of the Court's CM/ECF system upon the person identified on the Service List below on **September 7, 2022.**

By: /s/ *Daniel Buigas*

## Service List

Drew M. Levitt, Esq.
Email: drewmlevitt@gmail.com
Lee D. Sarkin, Esq.
Lsarkin@aol.com
4700 N.W. Boca Raton Boulevard, Ste. 302
Boca Raton, Florida 33431
Telephone: (561) 994-6922
**Counsel for Daniel Lugo**