UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80860-CIV-SINGHAL

DANIEL LUGO,

    Plaintiff,

vs.

VENTURA CAPITAL ONE, LLC,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Notice of Settlement (DE [18]) filed on September 7, 2022. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal by **October 8, 2022**. Failure to file a stipulation for dismissal will result in dismissal of this action without prejudice and without further notice. In the event the parties fail to complete the expected settlement, either party may request the Court to reopen the case. Furthermore, the Court retains jurisdiction over the case until the settlement is consummated. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of September 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF